**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**KEYNON JOHNSON**                                                                                    **PLAINTIFF**

**V.**                               **Case No. 2:24-cv-00225-LPR-PSH**

**NEAL BYRD**                                                                                              **DEFENDANT**

**ORDER**

On December 23, 2024, Plaintiff Keynon Johnson, an inmate at the Sharp County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] In an initial Order, the Court notified Plaintiff of his duty to promptly notify the Clerk and the parties of any change in his address.[2] The Court also warned Plaintiff that if any communication from the Court to him is not responded to within thirty days, his case may be dismissed without prejudice.[3] On March 20, 2025, mail sent to Plaintiff at his address of record was returned as undeliverable.[4] The same day, the Court entered a text order directing Plaintiff to provide notice of his current mailing address within thirty days.[5] The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed.[6] Plaintiff has not complied with or otherwise responded to the March 20, 2025 Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 4) at 1–2. The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.*

[4] Order (Doc. 11).

[5] Order (Doc. 12). The Order was entered by United States Magistrate Judge Patricia S. Harris.

[6] *Id*.

IT IS SO ORDERED this 20th day of May 2025.

                                                                                */s/ Lee P. Rudofsky*
                                                                                LEE P. RUDOFSKY
                                                                                UNITED STATES DISTRICT JUDGE